# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN V. MAGGI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NELSON, WATSON & )<br>ASSOCIATES, LLC, )<br>)<br>Defendant. ) | **Case No.: 2:10-CV-02351-GP** |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.


/S/ Richard J. Perr               /S/ Craig Thor Kimmel
Richard J. Perr, Esquire          Craig Thor Kimmel, Esquire
Attorney for the Defendant        Attorney for the Plaintiff

Date: November 17, 2010           Date: November 17, 2010


BY THE COURT:

_____
                                                    J.